UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2804
_____

UNITED STATES OF AMERICA

v.

JAMAL EBERHARDT,
Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 2-21-cr-00393-001)
U.S. District Judge:  Honorable Gerald A. McHugh
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
December 4, 2023
_____

Before: SHWARTZ, CHUNG, and McKEE, Circuit Judges.
_____

JUDGMENT ORDER
_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted pursuant to Third

Circuit L.A.R. 34.1(a) on December 4, 2023.

The Appellant challenged his sentence on appeal.  The Court has determined that

the sentence imposed is both procedurally and substantively reasonable. United States v.

Tomko, 562 F.3d 558, 566 (3d Cir. 2009) (en banc); see also Rita v. United States, 551 U.S. 338, 347 (2007) (a guideline sentence is presumptively reasonable); United States v. Gunter, 462 F.3d 237, 247 (3d Cir. 2006) (elements of procedural reasonableness analysis).

Accordingly, it is hereby ORDERED and ADJUDGED that the judgment of the District Court entered on September 23, 2022 is hereby AFFIRMED.

By the Court,

s/ Patty Shwartz
Circuit Judge

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated:  December 5, 2023